# Exhibit A

                                                                 Help Center    Sign In 

## Search the WHOIS Database

dermdoor.com                                                                    Search

### WHOIS search results

Domain Name: dermdoor.com
Registry Domain ID: 2609173013_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2021-05-02T03:08:25Z
Creation Date: 2021-05-02T05:08:22Z
Registrar Registration Expiration Date: 2026-05-02T05:08:22Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: dermdoor.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: dermdoor.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: dermdoor.com@domainsbyproxy.com
Name Server: NS73.DOMAINCONTROL.COM
Name Server: NS74.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-08-27T13:18:52Z <<<

### Want to buy this domain?

Get it with our Domain Broker Service.

Go

Contact Us

WHOIS search results 

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en
TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.

See Underlying Registry Data     Contact Domain Holder

Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

## Get our newsletter, join the community:

Email Address                    SIGN UP

We love taking your call.
guides

### About GoDaddy
About Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
Trust Center
Legal

### Help Center
Help Center
Community
GoDaddy Blog
Contact Us
Report Abuse

### Resources
Webmail
WHOIS
GoDaddy Mobile App
ICANN Confirmation
Designers & Developers
Corporate Domains
Redeem Code
Product Catalog
Videos

### Partner Programs
Affiliates
Reseller Programs
GoDaddy Pro

### Account
My Products
Renewals & Billing
Create Account

### Shopping
Domains
Websites
WordPress
Hosting
Web Security
Email & Office
Phone Numbers
Promos

United States - English    USD

Copyright © 1999 - 2021 GoDaddy Operating Company, LLC. All Rights Reserved.        Legal   Privacy Policy   Advertising Preferences   Cookies

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be     Do not sell my personal information
bound by these Universal Terms of Service.

Contact Us