# Exhibit B

# United States of America
## United States Patent and Trademark Office

# Derm to Door

**Reg. No. 6,009,549**

**Registered Mar. 10, 2020**

**Corrected Apr. 06, 2021**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Derm To Door Corporation  (VIRGINIA CORPORATION)
6849 Old Dominion Drive, Suite 450
Mclean, VIRGINIA 22101

CLASS 3: Cosmetic preparations for body care; Hair care preparations; Non-medicated skin care preparations

FIRST USE 7-1-2019; IN COMMERCE 7-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-431,903, FILED 05-15-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

